Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Joshua B. Marker (SBN 267569)
Email: jmarker@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants Biomet Orthopedics,
LLC, Biomet, Inc., and Biomet, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE WINNINGHAM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BIOMET ORTHOPEDICS, LLC, BIOMET, INC., and BIOMET, LLC,<br><br>　　　　　Defendants. | No.: 12-CV-0503-JSW<br><br>**STIPULATION SETTING EXPERT DISCOVERY SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>Honorable Jeffery S. White |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:**

Pursuant to Order of this Court at the May 25, 2012 Case Management Conference, the parties met and conferred and hereby stipulate to the following expert discovery schedule:

1) Expert disclosures pursuant to Rule 26(a)(2)(A), accompanied by a brief description of the subject matter on which each expert is expected to testify shall be completed by May 17, 2013; and

2) Expert reports pursuant to Rule 26(a)(2)(B) shall be completed by June 14, 2013.

DATED: June 1, 2012                /s/ Kenneth M. Seeger
                                   Kenneth M. Seeger
                                   Seeger Salvas LLP
                                   Attorneys for Plaintiff

DATED: June 1, 2012                /s/ Seven J. Boranian
                                   Steven J. Boranian
                                   Reed Smith LLP
                                   Attorneys for Defendants

1 **[PROPOSED] CASE MANAGEMENT ORDER**

2 The Stipulated Revised Expert Discover Schedule is hereby adopted. The Court orders that:

3 1) Expert disclosures pursuant to Rule 26(a)(2)(A), accompanied by a brief description of the subject matter on which each expert is expected to testify shall be completed by May 17, 2013; and

2) Expert reports pursuant to Rule 26(a)(2)(B) shall be completed by June 14, 2013.

All other pretrial deadlines remain unchanged.

DATED: __June 4_____, 2012

_____
HONORABLE JEFFERY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware